UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **14-CV-62806-Dimitrouleas/Snow**

LEMUEL NELSON,
    Plaintiff,

vs.

PEMBROKE ASSOCIATES, LLC, a Florida corporation,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the Plaintiff, LEMUEL NELSON, an Individual, through his undersigned counsel, files this Notice of Settlement to advise the Court that said parties have settled this case. The parties are in the process of finalizing the Settlement Agreement and will file the appropriate papers with this Court, including a proposed Final Order of Dismissal with Prejudice with Retention of Jurisdiction by June 19, 2015. The undersigned hereby requests that any impending deadlines and all matters before this Court be removed from the Court's docket, until the Stipulation for Dismissal is filed.

    Dated June 10, 2015.

Respectfully submitted,
**The Shemtov Law Firm, P.A.**
*Attorney for Plaintiff*
<u>By: S/ Tal Shemtov</u>
**Tal Shemtov, Esquire**
Florida Bar No. 28456
9715 West Broward Blvd. #256
Plantation, Fl 33324
Telephone: (954) 861-9787
Facsimile: (954) 236-3530
SHEMTOVLAWFIRM@YAHOO.COM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record or pro se parties identified on the attached Service List in the manner specified.

### SERVICE LIST

Adrian C. Delancy, Esq.
MARKOWITZ RINGEL TRUSTY + HARTOG
9130 South Dadeland Boulevard
Suite 1800
Miami, Florida  33156-7858
t:  305.670.5000
f:  305.670.5011
e. adelancy@mrthlaw.com
w: www.mrthlaw.com
*Counsel for PEMBROKE ASSOCIATES, LLC.*
Via CM/ECF