UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **14-CV-62806-Dimitrouleas/Snow**

LEMUEL NELSON,
    Plaintiff,

vs.

PEMBROKE ASSOCIATES, LLC,
a Florida corporation,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, LEMUEL NELSON, an Individual, through his undersigned counsel, and Defendant PEMBROKE ASSOCIATES, LLC through their undersigned counsels, and in accordance with the parties' written agreement, stipulate to the dismissal with prejudice of this action. Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272 (11th Cir. 2012), the parties request that the Court issue an order of dismissal retaining jurisdiction to enforce the terms of the settlement agreement between the Plaintiff and the Defendant, and further stipulate that dismissal is contingent upon the Court so exercising its authority to retain jurisdiction[1]. Each party to bear their own attorney's fees and costs except as otherwise described in their written agreement. Dated: June 25, 2015.

---

[1] "The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the settlement agreement reached in this case." See *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

Respectfully submitted,

| | |
|---|---|
| Respectfully submitted,<br>**The Shemtov Law Firm, P.A.**<br>*Attorney for Plaintiff*<br>*By: S/ Tal Shemtov*<br>   Tal Shemtov, Esquire<br>   Florida Bar No. 28456<br>   9715 West Broward Blvd. #256<br>   Plantation, Fl 33324<br>   Telephone: (954) 861-9787<br>Facsimile: (954) 236-3530<br>SHEMTOVLAWFIRM@YAHOO.COM | *Attorneys for Defendants:*<br>*By: S/* Adrian C. Delancy<br>Adrian C. Delancy, Esq.<br>MARKOWITZ RINGEL TRUSTY + HARTOG<br>9130 South Dadeland Boulevard<br>Suite 1800<br>Miami, Florida  33156-7858<br>t:  305.670.5000<br>f:  305.670.5011<br>e. adelancy@mrthlaw.com<br>w:  www.mrthlaw.com |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record or pro se parties identified on the attached Service List in the manner specified.

### SERVICE LIST

Adrian C. Delancy, Esq.
MARKOWITZ RINGEL TRUSTY + HARTOG
9130 South Dadeland Boulevard
Suite 1800
Miami, Florida  33156-7858
t:  305.670.5000
f:  305.670.5011
e. adelancy@mrthlaw.com
w: www.mrthlaw.com
              VIA CMECF