UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62806-CIV-DIMITROULEAS

LEMUEL NELSON,

      Plaintiff,
v.

PEMBROKE ASSOCIATES, LLC,

      Defendant.
_____/

### ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [DE 16] (the "Stipulation"). The Court has carefully considered the Stipulation [DE 16] and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 16] is hereby **APPROVED**;

2. This action is **DISMISSED**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot; and

4. As the parties have expressly conditioned the effectiveness of the stipulation on the Court's entry of an order retaining jurisdiction for the sole purpose of enforcing the settlement agreement, the Court will retain jurisdiction solely for the purpose of

enforcing the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of June, 2015.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record